FALLS v. FALLS

No. 338 PC.

Case below: 52 N.C. App. 203.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

GILLESPIE v. DeWITT

No. 13 PC.

Case below: 53 N.C. App. 252.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

GLENN v. GLENN

No. 8 PC.

Case below: 53 N.C. App. 515.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

HOUSING, INC. v. WEAVER

No. 326 PC.

Case below: 52 N.C. App. 662.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1981.

HUMPHRIES v. CONE MILLS CORP.

No. 287 PC.

Case below: 52 N.C. App. 612.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 November 1981.